UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN LUTZ,

                                1:08-CV-01787 OWW DLB

vs.

DELANO UNION SCHOOL DISTRICT,        NOTICE OF HEARING ON
RONALD GARCIA, JOSEPH HUNTER,        DISMISSAL FOR LACK
and LINDA ENRIQUEZ.                       OF PROSECUTION

_____/

      YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Fresno, California, on September 14, 2010, at 10:00 AM, for dismissal for lack of prosecution.

      YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

      DATED: August 13, 2010

                                                  VICTORIA MINOR, Clerk

                                          By: /s/ RENEE GAUMNITZ
                                               Renee Gaumnitz, Deputy Clerk