Leonard C. Herr, #081896
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants DELANO UNION SCHOOL DISTRICT, RONALD GARCIA, JOSEPH HUNTER and LINDA ENRIQUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN LUTZ, <br><br> Plaintiff, <br><br> v. <br><br> DELANO UNION SCHOOL DISTRICT, RONALD GARCIA, JOSEPH HUNTER, LINDA ENRIQUEZ, and DOES 1 through CC, Inclusive, <br><br> Defendants. | CASE NO.: 1:08-CV-01787-OWW-DLB <br><br> **STIPULATION AND ORDER SETTING INITIAL DISCLOSURES DATE** |

No date for the making of initial disclosures appears in the record. Therefore, the parties by and through their attorneys of record, do hereby enter into the following stipulation.

The Rule 26 initial disclosures shall be made on Monday, January 31, 2011.

DATED: January 27, 2011    DOOLEY, HERR, PELTZER & RICHARDSON, LLP


By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorneys for Defendants
DELANO UNION SCHOOL DISTRICT,
RONALD GARCIA, JOSEPH HUNTER
and LINDA ENRIQUEZ

LAW OFFICES
DOOLEY, HERR,
PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER ON INITIAL DISCLOSURES**

1  DATED: January 26, 2011          LAW OFFICES OF WILLIAM A. ROMAINE

2

3                                    By: /s/ William A. Romaine
                                         WILLIAM A. ROMAINE,
4                                        Attorney for Plaintiff,
                                         ALLEN LUTZ
5

6                                    **ORDER**

7    In light of the parties having stipulated to January 31, 2011, as the date for

8  the making of initial disclosures, this court so orders.

25  F:\Client Files\Self-Insured Schools of California 1153.00\1153.13 Lutz v. Delano\Pleadings\Federal Pleadings\Stip & Order Re Initial Disclosures.doc

26

27  IT IS SO ORDERED.

28     Dated:  **January 27, 2011**              **/s/ Oliver W. Wanger**

LAW OFFICES
DOOLEY, HERR,
PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

1       UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
DOOLEY, HERR,
PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**STIPULATION AND ORDER ON INITIAL DISCLOSURES**