William A. Romaine # 126966
Law Office of William A. Romaine
206 West Lacey Boulevard # 309
Hanford, California 93230

559 582 9360(Telephone)
559 582 9350(Telecopier)
war@lawromaine.com

Attorney for Plaintiff Allen Lutz

# United States District Court
# Eastern District of California

| | |
|---|---|
| Allen Lutz,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DELANO UNION SCHOOL DISTRICT, RONALD GARCIA, JOSEPH HUNTER, LINDA ENRIQUEZ, and DOES I through CC, inclusive,<br><br>                    Defendants. | Case Number:   1:08-CV-1787<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

   By and through their respective counsel of record in the above-entitled matter, the parties hereto do hereby stipulate that the above-entitled matter shall be dismissed with prejudice as to all parties and as to all causes of action, with each party to bear their own fees and costs.

Dated: October 1, 2011                    Law Office of William A. Romaine


                                          By: ____s/ William A. Romaine_____
                                                William A. Romaine, Attorney for Plaintiff
///

-1-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Dated: November 22, 2011              Dooley, Herr, Peltzer, & Richardson


                                      By: /s/ Leonard C. Herr
                                          Leonard C. Herr,
                                          Attorney for Defendants.

**ORDER**

Upon the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the above-entitled matter be and is hereby dismissed with prejudice as to all parties and causes of action. Each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  November 23, 2011             _____
                                      CHIEF UNITED STATES DISTRICT JUDGE